No. 126. WILLIAM M. BROWN, APPELLANT, v. JOHN F. HORR, MARSHAL OF THE UNITED STATES, ETC. Appeal from the District Court of the United States for the Southern District of Florida. November 14, 1910. Dismissed with costs, on motion of *Mr. Frederick C. Bryan* for the appellant. *Mr. Frederick C. Bryan* and *Mr. George M. Robbins* for appellant. *The Attorney General* and *The Solicitor General* for appellee.

Nos. 294, 295, 296, 297 and 298. THE UNITED STATES, PLAINTIFF IN ERROR, v. THE PACIFIC MAIL STEAMSHIP COMPANY. In error to the District Court of the United States for the Northern District of California. November 28, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Maxwell Evarts* for defendant in error.

No. 63. THE SAN JUAN LIGHT & TRANSIT COMPANY, PLAINTIFF IN ERROR, v. MARIA PLA. In error to the District Court of the United States for Porto Rico. November 28, 1910. Dismissed per stipulation. *Mr. F. Kingsbury Curtis* and *Mr. Hector H. Scoville* for plaintiff in error. *Mr. Francis H. Dexter* for defendant in error.

No. 525. KATCHADOR M. TARPENIAN, APPELLANT, v. WILLIAM WILLIAMS, UNITED STATES COMMISSIONER OF IMMIGRATION, ETC. Appeal from the Circuit Court of the United States for the Southern District of New York. November 28, 1910. Dismissed with costs on motion of